**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**AIKEN DIVISION**

| | |
|---|---|
| LISA FLAHERTY-ORTEGA, As Personal Representative of the ESTATE OF ABED MICHAEL NAQSHABANDI, | ) ) ) ) |
| | C.A. No.: 1:21-cv-02866-DCN-SVH |
| Plaintiff, | ) ) |
| vs. | ) )  PETITION FOR APPROVAL OF )  WRONGFUL DEATH SETTLEMENT |
| HORRY COUNTY, SOUTH CAROLINA; HORRY COUNTY SHERIFF'S OFFICE; and CONWAY EMERGENCY GROUP, LLP, | ) ) ) ) |
| Defendants. | ) ) |

The Plaintiff/Petitioner, Lisa Flaherty-Ortega, as Personal Representative of the Estate of Abed Michael Naqshabandi, would respectfully show as follows:

1.  The Plaintiff, Lisa Flaherty-Ortega, is the Personal Representative of the Estate of Abed Michael Naqshabandi, having been so appointed on November 19, 2019 by the Probate Court for Horry County, South Carolina. The Plaintiff, in her capacity as the duly appointed Personal Representative of the Estate of Abed Michael Naqshabandi, hereby petitions this Court to approve the proposed settlement agreement mentioned herein and the disbursement of the settlement proceeds.

2.  On or about September 21, 2019, the Decedent, Abed Michael Naqshabandi, died after self-inflicting fatal injuries within a transport van owned by Horry County, South Carolina and being operated by the Horry County Sheriff's Office while being transported from Conway Medical Center to the J. Reuben Long Detention Center. Mr. Naqshabandi was twenty-eight years old at the time of his death.

3. The Plaintiff has asserted claims for wrongful death arising under the South Carolina Wrongful Death statute, S.C. Code Ann §§ 15-51-10, as well as survival claims for any possible conscious pain and suffering by Abed Michael Naqshabandi.

4. The Plaintiff is represented by Scott C. Evans and James B. Moore III of Evans Moore, LLC. Horry County is represented by Kelley Shull Cannon & James P. Sullivan of Howser, Newman & Besley, LLC. The Horry County Sheriff's Office is represented by J.W. Nelson Chandler & J. Matthew Johnson of Chandler & Dudgeon, LLC. Conway Emergency Group, LLP is represented by Hugh W. Buyck and Jeffrey H. Lappin of Buyck Law Firm, LLC.

5. The parties have reached an agreement wherein the Plaintiff will release all claims against Horry County and the Horry County Sheriff's Office in exchange for a settlement in the amount of Four Hundred Twenty-Five Thousand and 00/100 dollars ($425,000.00), without any admission of liability.

6. Further, the parties have reached an agreement wherein the Plaintiff will release all claims against the Conway Emergency Group, LLP in exchange for a settlement in the amount of One Hundred Thousand and 00/100 dollars ($100,000.00), without any admission of liability.

7. The total combined settlement is in the amount of Five Hundred Twenty-Five Thousand Dollars ($525,000.00). This settlement will end this action.

8. Pursuant to the agreement between the Plaintiff and her legal counsel, counsel is to receive Two Hundred Ten Thousand and 00/100 dollars ($210,000.00) in attorneys' fees from the above settlement representing 40% of the total recovery. Litigation costs are in the total amount of Thirty Five Thousand Nine Hundred Forty Seven Dollars and 57/100 ($35,947.57).

9. The Estate of Abed Michael Naqshabandi is currently open and pending in the Probate Court for Horry County under Case No: 2019-ES-26-02658. The Plaintiff has confirmed that there are no claims and/or liens affecting the Estate.

10. The Plaintiff asserts that Abed Michael Naqshabandi died intestate. Mr. Naqshabandi was never married and had no children. Mr. Naqshabandi was predeceased by his father, Samer Naqshabandi. Mr. Naqshabandi is survived by his mother, the Plaintiff. The Plaintiff is both the sole statutory heir and the sole heir at law.

11. The Decedent was neither a Medicare or Medicaid recipient, and no subrogation claims or liens have been asserted.

12. The Plaintiff requests that the entire settlement amount be allocated to the Wrongful Death cause of action.

13. If the allocation is approved, the Plaintiff will receive a disbursement in the amount of Two Hundred Seventy Nine Thousand Fifty Two Dollars and 43/100 ($279,052.43).

14. The Plaintiff requests that the Court approve the disbursements (attorneys' fees and litigation costs) from the settlement sum and the allocation of the settlement proceeds as set forth above.

15. Plaintiff, her attorneys, James B. Moore III and Scott C. Evans have carefully considered the matter and believe that the settlement offer and the above-described disbursements are reasonable under the circumstances, and requests that this Court approve the settlement as set forth herein.

16. The Plaintiff has carefully considered the facts and circumstances involved herein. The Plaintiff realizes that she has a right to have her claims determined by a jury. The Plaintiff has carefully considered the facts and circumstances involved herein; is aware of the uncertainties of litigation and believes that the offer, under the circumstances, should be accepted; therefore, the Plaintiff prays that this Court approve said offers and empower the Plaintiff as Personal Representative of the Estate of Abed Michael Naqshabandi execute such documents as may be necessary to effect a release of Horry County, South Carolina, Horry County Sheriff's Office, and Conway Emergency Group, LLC, and their respective current and former employees, agents,

officers, etc., as fully set forth in the release agreed upon between counsel for the parties.

WHEREFORE, the Plaintiff prays that the settlement outlined above be approved and requests that she be allowed to approve and consummate the settlement of this case. The Plaintiff would further show and will verify under oath at the hearing to be scheduled in this matter the belief that the settlement is reasonable under the circumstances, that she is completely satisfied with the handling of the case by her attorneys, as well as their fees and expenses and would further request that the Court approve this settlement and distribution of funds as set forth in the Disbursement Statement statements signed and approved by the Personal Representative.

_____
Lisa Flaherty-Ortega, as Personal Representative for
the Estate of Abed Michael Naqshabandi

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | |
| | ) | **VERIFICATION** |
| COUNTY OF HORRY | ) | |

PERSONALLY appeared before me, Lisa Flaherty-Ortega, who, being duly sworn, deposes and says that she is the Plaintiff in the foregoing proceedings; that she has read the allegations set forth in the foregoing petition and the same are true and correct to the best of her knowledge, information and belief.

*Lisa Flaherty-Ortega*
Lisa Flaherty-Ortega

Sworn to and subscribed before me
this _14th_ day of _February_, 2023.

_Timmy Minh Nguyen_ ( )
Notary Public for California
My Commission Expires: _December 17th, 2025_

5

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**     GOVERNMENT CODE § 8202

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____
_____     _____
*Signature of Document Signer No. 1*     *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __San Diego__

Subscribed and sworn to (or affirmed) before me
on this __14th__ day of __February__, 20__23__,
by   Date            Month           Year

(1) __Lisa Ann Flaherty-Ortega__

(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

TIMMY MINH NGUYEN
COMM. #2387214
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
DECEMBER 17, 2025

*Place Notary Seal and/or Stamp Above*

─────────── OPTIONAL ───────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __United States District Court District of South Carolina__
Document Date: _____     Number of Pages: _____
Signer(s) Other Than Named Above: _____

©2019 National Notary Association

M1304-08 (09/19)

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| LISA FLAHERTY-ORTEGA, As Personal Representative of the ESTATE OF ABED MICHAEL NAQSHABANDI, )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>HORRY COUNTY, SOUTH CAROLINA; HORRY COUNTY SHERIFF'S OFFICE; CPL. SCOTT LEGG; LT.CPL. CORY JOHNSON; AND SHERIFF PHILLIP THOMPSON, IN THEIR INDIVIDUAL CAPACITIES; CONWAY EMERGENCY GROUP, LLP; and JEFFREY MISKO, MD; )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>**Defendants.** )<br>) | C.A. No.: 1:21-cv-02866-DCN-SVH<br><br>**CERTIFICATE OF COUNSEL**<br>(Ends Action) |

As attorneys for Lisa Flaherty-Ortega, as Personal Representative of the Estate of Abed Michael Naqshabandi, we hereby approve this Petition and are of the opinion that the Settlement set forth above is fair and reasonable and in the best interest of the statutory beneficiaries and the Estate of Abed Michael Naqshabandi.

EVANS MOORE, LLC

*s/ Scott C. Evans*
Scott C. Evans, Fed ID # 10874
James B. Moore III, Fed ID # 10844
121 Screven Street
Georgetown, SC 29440
Office: (843) 995-5000
Fax: (843) 527-4128
scott@evansmoorelaw.com
james@evansmoorelaw.com

Attorneys for the Plaintiff

February 17, 2023
Georgetown, South Carolina