## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## AIKEN DIVISION

| | |
|---|---|
| LISA FLAHERTY-ORTEGA, As Personal Representative of the ESTATE OF ABED MICHAEL NAQSHABANDI,  )<br><br>Plaintiff,  )<br><br>vs.  )<br><br>HORRY COUNTY, SOUTH CAROLINA; HORRY COUNTY SHERIFF'S OFFICE; and CONWAY EMERGENCY GROUP, LLP,  )<br><br>Defendants.  ) | C.A. No.: 1:21-cv-02866-DCN-SVH<br><br><br>ORDER FOR APPROVAL OF WRONGFUL DEATH SETTLEMENT |

This matter is before the Court upon Petition of Lisa Flaherty-Ortega, as Personal Representative of the Estate of Abed Michael Naqshabandi, seeking approval of a settlement under the terms of which Petitioner will receive the total sum of Five Hundred Twenty Five Thousand Dollars ($525,000.00) with the sum of Four Hundred Twenty Five Thousand Dollars ($425,000) being paid on behalf of Horry County and Horry County Sheriff's Office and One Hundred Thousand Dollars ($100,000.00) being paid on behalf of Conway Emergency Group, by and through their respective insurance carriers, in exchange for the execution of a full release of all claims against the Defendants.

On or about September 21, 2019, the Decedent, Abed Michael Naqshabandi, died after self-inflicting fatal injuries within a transport van owned by Horry County, South Carolina and being operated by the Horry County Sheriff's Office while being transported from Conway Medical Center to the J. Reuben Long Detention Center. Mr. Naqshabandi was twenty-eight years old at the time of his death.

The Plaintiff has asserted claims for wrongful death arising under the South Carolina Wrongful Death statute, S.C. Code Ann §§ 15-51-10, as well as survival claims for conscious pain and suffering by Abed Michael Naqshabandi.

The Plaintiff is represented by Scott C. Evans and James B. Moore III of Evans Moore, LLC.  Horry County is represented by Kelley Shull Cannon & James P. Sullivan of Howser, Newman & Besley, LLC.  The Horry County Sheriff's Office is represented by J.W. Nelson Chandler & J. Matthew Johnson of Chandler & Dudgeon, LLC.  Conway Emergency Group, LLP is represented by Hugh W. Buyck and Jeffrey H. Lappin of Buyck Law Firm, LLC.

The parties have reached an agreement wherein the Plaintiff will release all claims against Horry County and the Horry County Sheriff's Office in exchange for a settlement in the amount of Four Hundred Twenty-Five Thousand and 00/100 dollars ($425,000.00), without any admission of liability.

Further, the parties have reached an agreement wherein the Plaintiff will release all claims against the Conway Emergency Group, LLP in exchange for a settlement in the amount of One Hundred Thousand and 00/100 dollars ($100,000.00), without any admission of liability.

The total combined settlement is in the amount of Five Hundred Twenty-Five Thousand Dollars ($525,000.00).  This settlement will end this action.

Pursuant to the agreement between the Plaintiff and her legal counsel, counsel is to receive Two Hundred Ten Thousand and 00/100 dollars ($210,000.00) in attorneys' fees from the above settlement representing 40% of the total recovery.  Litigation costs are in the total amount of Thirty Five Thousand Nine Hundred Forty Seven Dollars and 57/100 ($35,947.57).

The Estate of Abed Michael Naqshabandi is currently open and pending in the Probate Court for Horry County under Case No: 2019-ES-26-02658.  The Plaintiff has confirmed that there are no claims and/or liens affecting the Estate.

The Plaintiff asserts that Abed Michael Naqshabandi died intestate. Mr. Naqshabandi was never married and had no children. Mr. Naqshabandi was predeceased by his father, Samer Naqshabandi. Mr. Naqshabandi is survived by his mother, the Plaintiff. The Plaintiff is both the sole statutory heir and the sole heir at law.

The Decedent was neither a Medicare or Medicaid recipient, and no subrogation claims or liens have been asserted.

The Plaintiff requests that the entire settlement amount be allocated to the Wrongful Death cause of action.

Plaintiff will receive a disbursement in the amount of Two Hundred Seventy Nine Thousand Fifty Two Dollars and 43/100 ($279,052.43).

The Plaintiff requests that the Court approve the disbursements (attorneys' fees and litigation costs) from the settlement sum and the allocation of the settlement proceeds as set forth above.

The Court has carefully considered the matter and believe that the settlement offer and the above-described disbursements are reasonable under the circumstances, and requests that this Court approve the settlement as set forth herein.

**IT IS THEREFORE ORDERED** that the settlement agreement under the terms above recited is approved;

**FURTHER ORDERED** that Petitioner is authorized, empowered, and directed to execute such a reasonable release as might be presented to her by the Defendants;

**FURTHER ORDERED** that the Petitioner's attorneys' fees and costs advanced as shown in the Petition for Approval of Settlement filed with this Court, are hereby approved;

**FURTHER ORDERED** that this action is hereby dismissed with prejudice.

**AND IT IS SO ORDERED.**

_____
The Honorable David C. Norton
United States District Judge

March 22, 2023
Charleston, South Carolina